**SHA-1 Hash:** F970D0A22AA000BF9017D7CA59B39EC09E8E3323  **Title:** Seduction
**Rights Owner:** Patrick Collins

| DOE# | IP | Hit date (UTC) | City | State | ISP | Network |
|---|---|---|---|---|---|---|
| 1 | 68.49.193.45 | 12/14/2011 0:50 | Suitland | MD | Comcast Cable | BitTorrent |
| 2 | 68.50.254.232 | 1/3/2012 11:14 | Suitland | MD | Comcast Cable | BitTorrent |
| 3 | 68.50.28.3 | 12/3/2011 4:26 | Potomac | MD | Comcast Cable | BitTorrent |
| 4 | 69.137.63.88 | 1/19/2012 7:07 | Sykesville | MD | Comcast Cable | BitTorrent |
| 5 | 98.218.136.78 | 1/24/2012 21:33 | Havre De Grace | MD | Comcast Cable | BitTorrent |
| 6 | 138.88.154.169 | 12/4/2011 19:09 | Silver Spring | MD | Verizon Internet Services | BitTorrent |
| 7 | 71.179.2.207 | 1/6/2012 4:46 | Glen Burnie | MD | Verizon Internet Services | BitTorrent |
| 8 | 74.103.114.56 | 12/29/2011 10:42 | Catonsville | MD | Verizon Internet Services | BitTorrent |
| 9 | 74.96.113.250 | 2/17/2012 13:51 | Potomac | MD | Verizon Internet Services | BitTorrent |
| 10 | 74.96.187.251 | 2/23/2012 16:40 | Rockville | MD | Verizon Internet Services | BitTorrent |

EXHIBIT A

MD36